UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

10 DEC 15 PM 4: 13

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTONIO RODRIGUEZ-HERNANDEZ,<br><br>    Defendant. | CASE NO. 10CR4224-IEG<br><br>JUDGMENT OF DISMISSAL |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in case #10CR4790-IEG against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) of the Information:18:1546(a)

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 14, 2010

BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE